# MEMO

**To:** Carol Bagley Amon, Chief, United States District Judge
**From:** Sandra L. Townes            United States District Judge

**Subject:** Reassignment of case    [One defendant only]
**Date:** 04/05/2011

Regarding the reassignment of:

**CASE NUMBER:** CR-94-1119

**CASE TITLE:** US v. Joseph Savarese (This defendant only)

☐ Reassign by random selection.

☑ Reassign to Judge **Matsumoto** as related to case number **CR-11-0030**
Also, please reassign to Magistrate Judge _____ as Magistrate Judge assigned to the case.

☐ Reassign to Magistrate                for all purposes.

---

**Date:** 4/6/11

**To:** Robert C. Heinemann, Clerk of Court

**From:** Carol Bagley Amon, Chief, United States District Judge

Please reassign the above-captioned case as directed.

*Carol Bagley Amon*

---
CAROL BAGLEY AMON, CHIEF, UNITED STATES DISTRICT JUDGE